| | |
|---|---|
| 1 | THOMAS E. MONTGOMERY, County Counsel |
|   | County of San Diego |
| 2 | By ERICA R. CORTEZ, Senior Deputy (SBN 270939) |
|   |     JAKE T. ZINDULKA, Deputy (SBN 323346) |
| 3 | 1600 Pacific Highway, Room 355 |
|   | San Diego, California 92101 |
| 4 | Telephone:  (619) 531- 4895; (619) 531-4942 |
|   | Fax: (619) 531-6005 |
| 5 | Email: erica.cortez@sdcounty.ca.gov; jake.zindulka@sdcounty.ca.gov |

Attorneys for Defendants County of San Diego, Melinda Eichenberg, Joanna Kientz, Fanita Durham, Katherine Manno and Melissa Castillo

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER WALTER, a deceased minor, by and through his successor in interest, LISA WALTER; LISA WALTER, an individual, | No. **'19 CV 2465 W    BLM** |
| Plaintiffs, | **NOTICE OF REMOVAL BY DEFENDANTS COUNTY OF SAN DIEGO, MELINDA EICHENBERG, JOANNA KIENTZ, FANITA DURHAM, KATHERINE MANNO AND MELISSA CASTILLO PURSUANT TO 28 U.S.C. § 1983 (FEDERAL QUESTION)** |
| v. | |
| COUNTY OF SAN DIEGO, a public entity; MELINDA EICHENBERG, an individual; JOANNA KIENTZ, an individual; FANITA DURHAM, an individual; KATHERINE MANNO (TOPPIN), an individual; MELISSA CASTILLO, an individual; and DOES 1 through 50, inclusive, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF:**

**PLEASE TAKE NOTICE** that Defendants County of San Diego, Melissa Eichenberg, Joanna Kientz, Fanita Durham, Katherine Manno and Melissa Castillo (collectively, "Defendants") hereby remove the state court action described below from the Superior Court of California for the County of San Diego to this Court.

///

///

///

## I. STATE COURT ACTION

On October 10, 2019, Plaintiffs commenced an action in the Superior Court of the State of California, County of San Diego, entitled *Tyler Walter, a deceased minor by and through his successor in interest, Lisa Walter; Lisa Walter, an individual, v. County of San Diego, a public entity; Melinda Eichenberg, an individual; Joanna Kientz, an individual; Fanita Durham, an individual; Katherine Manno (Toppin), an individual; Melissa Castillo, an individual; and Does 1 through 50, inclusive*, state case number 37-2019-00053901-CU-CR-CTL.

## II. RECORD FROM STATE COURT

A true and correct copy of the Complaint, along with the summons and related case-initiating documents, is attached hereto as Exhibit A.  Defendants have not been served with any other state court documents related to the state court action.

## III. TIMELINESS OF NOTICE OF REMOVAL

Defendant Fanita Durham was personally served with the Complaint on November 20, 2019. (Exhibit A.)  The 30-day period under 28 U.S.C. § 1446(b)(1) for Defendant Durham to remove the action to federal court thus began on November 20, 2019.  This results in a deadline of December 20, 2019, to file and serve the Notice of Removal.

Defendant Melinda Eichenberg was personally served with the Complaint on November 21, 2019.  Defendant County of San Diego was personally served with the Complaint on November 26, 2019.  Defendant Katherine Manno was personally served with the Complaint on November 26, 2019.   Defendant Joanna Kientz was personally served with the Complaint on December 1, 2019.  Defendant Melissa Castillo authorized the Office of County Counsel to accept service of the Complaint on her behalf on December 4, 2019.   Therefore, this removal notice is timely with respect to all Defendants as it is being filed and served on or before the earliest removal deadline, which is December 20, 2019.

## IV. REMOVAL JURISDICTION

Plaintiff's Complaint alleges nine causes of action.  Three of those are federal causes of action brought under 42 U.S.C. section 1983 against Defendants.  Specifically, the fourth cause of action alleges a warrantless seizure by Defendants Melinda Eichenberg and Joanna Kientz

(purported Fourth and/or Fourteenth Amendment Violation). The fifth cause of action alleges a failure to provide adequate medical care against Fanita Durham, Katherine Manno, and Melissa Castillo (purported Fourteenth Amendment violation). And the sixth cause of action alleges a municipal liability claim against Defendant County of San Diego pursuant to *Monell vs Department of Social Services,* 436 U.S. 658 (1978) (Exhibit A.) Accordingly, the Complaint alleges claims over which this Court has original jurisdiction under 28 U.S.C. sections 1331 and 1343(a)(3). The action is therefore subject to removal to this Court pursuant to 28 U.S.C. section 1441(a).

## V.  VENUE

Venue is proper in this Court pursuant to 28 U.S.C. 1441(a) because this case was pending in the Superior Court of California, County of San Diego, which is located within the Southern District of California and all claims arise from actions that occurred in the County of San Diego.

## VI.  CONSENT BY DEFENDANTS IN REMOVAL

Defendants consent to removal of this action to federal court. All of the Defendants are represented by Erica Cortez, a Senior Deputy in the Office of County Counsel for San Diego County, and Jake Zindulka, a Deputy in the Office of County Counsel for San Diego County.

## VII.  NOTIFICATION TO ADVERSE PARTY

This Notice of Removal will be promptly served on Plaintiff (through her attorney of record), and a copy of the same will be filed with the Clerk of the Superior Court of the State of California, County of San Diego.

## VIII.  CONCLUSION

Accordingly, this action is subject to removal from state to federal court, and Defendants respectfully request that this civil action be removed from the Superior Court of the State of California, County of San Diego, to the United States District Court for the Southern District of California.

/ / /

/ / /

## IX. DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Defendants hereby make a demand for a jury trial on any issue triable of right by a jury.

DATED: December 20, 2019        THOMAS E. MONTGOMERY, County Counsel

By      s/JAKE ZINDULKA, Deputy
Attorneys for Defendants County of San Diego, Melinda Eichenberg, Joanna Kientz, Fanita Durham, Katherine Manno and Melissa Castillo