1  THOMAS E. MONTGOMERY, County Counsel
   County of San Diego
2  By ERICA R. CORTEZ, Senior Deputy (SBN 270939)
       JAKE T. ZINDULKA, Deputy (SBN 323346)
3  1600 Pacific Highway, Room 355
   San Diego, California 92101
4  Telephone: (619) 531- 4895; (619) 531-4942
   Fax: (619) 531-6005
5  Email: erica.cortez@sdcounty.ca.gov; jake.zindulka@sdcounty.ca.gov

6  Attorneys for Defendants County of San Diego, Melinda Eichenberg, Joanna Kientz, Fanita Durham, Katherine Manno and Melissa Castillo

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER WALTER, a deceased minor, by and through his successor in interest, LISA WALTER; LISA WALTER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, a public entity; MELINDA EICHENBERG, an individual; JOANNA KIENTZ, an individual; FANITA DURHAM, an individual; KATHERINE MANNO (TOPPIN), an individual; MELISSA CASTILLO, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | No. 19-cv-2465-W-BLM <br><br> **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT BY DEFENDANTS MELINDA EICHENBERG, JOANNA KIENTZ, FANITA DURHAM, KATHERINE MANNO AND MELISSA CASTILLO** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Defendants Melinda Eichenberg, Joanna Kientz, Fanita Durham, Katherine Manno, and Melissa Castillo appeal to the United States Court of Appeals for the Ninth Circuit from the interlocutory order of the Honorable Thomas J. Whelan entitled "Order: (1) Granting Request For Judicial Notice [Doc. 13-2]; (2) Granting Motion To File Document Under Seal [Doc. 11]; And (3)

Granting-In-Part And Denying-In-Part Defendants' Motion To Dismiss [Doc. 13]" entered in this case on November 30, 2020, as ECF Doc. No. 25, in which the Court denied qualified immunity to the individual Defendants.

DATED: December 14, 2020        THOMAS E. MONTGOMERY, County Counsel

By:   s/Erica R. Cortez, Senior Deputy
      Attorneys for Defendants