# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER WALTER, a deceased minor by and through his successor in interest, LISA WALTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al..,<br><br>Defendants. | Case No.: 19-CV-2465 W (BLM)<br><br>**ORDER (1) GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 34] AND (2) FOR ENTRY OF JUDGMENT** |

Pending before the Court is a joint motion for the entry of judgment pursuant to the terms of Defendants' Offer of Judgment under Federal Rule of Civil Procedure 68, and dismissal of this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 34] and **ORDERS** as follows:

> Judgement is entered in favor of Plaintiff Lisa Walter, individually and as the successor in interest of Tyler Walter, in the total amount of $500,000 (five hundred thousand dollars), which includes all attorney's fees, costs, and other fees accrued by Plaintiff and her attorneys.

//
//

In light of the foregoing, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  June 7, 2021

_____
Hon. Thomas J. Whelan
United States District Judge